1 BENJAMIN B. WAGNER
  UNITED STATES ATTORNEY
2
3 DANIEL S. HARRISON
  SPECIAL ASSISTANT UNITED STATES ATTORNEY
4 Office of the Staff Judge Advocate
  AFFTC/JA
5 1 South Rosamond Blvd.
  Edwards AFB, California 93524
6 Phone: (661) 277-4380 / Fax: (661) 277-1625

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:04-CR-9011 JLT |
|---|---|
| *Plaintiff,* | ) Government's Motion to Dismiss; |
| | ) Order Thereon |
| v. | ) |
| DANA A. WILLIAMS, | ) Date: |
| | ) Time: |
| *Defendant.* | ) Place: Edwards Air Force Base |
| | ) Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss the Information against Dana A. Williams in the above captioned case, in the interest of justice.

              Respectfully Submitted

              BENJAMIN B. WAGNER
              United States Attorney

DATED: September 20, 2010

          By /s/ signed_____
            DANIEL S. HARRISON
            Special Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED** that the case against Dana A. Williams, No. 5:04-CR-9011 JLT is dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 20, 2010**          **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE